UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BROWN,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF NEEDLES, et al.,<br><br>    Defendants. | Case No. 5:23-cv-01118-MWC-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that Defendants' motion for summary judgment (ECF 42) is GRANTED and this action is dismissed with prejudice as to Plaintiff's federal constitutional claims and without prejudice to any relief he may seek in the state courts with respect to his state law claims.

DATED: May 12, 2025

_____
HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE